**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1130

NELSON L. BRUCE,

        Plaintiff - Appellant,

     v.

BANK OF AMERICA, N.A., a/k/a Bank of America,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:19-cv-03456-BHH)

Submitted:  May 21, 2024                        Decided:  May 24, 2024

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nelson L. Bruce, Appellant Pro Se.  Nathan J. Taylor, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nelson L. Bruce appeals the district court's order denying his motion to reopen the period for appealing a prior court order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bruce v. Bank of Am., N.A.,* No. 2:19-cv-03456-BHH (D.S.C. Jan. 12, 2024). We deny as moot Appellee's motion for summary affirmance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*